983 A.2d 597

IN THE MATTER OF ANTHONY J. GIAMPAPA,
AN ATTORNEY AT LAW.

December 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–133, concluding that **ANTHONY J. GIAMPAPA** of **TOTOWA,** who was admitted to the bar of this State in 1973, should be censured for violating *RPC* 1.15(b) (failure to promptly deliver funds to a client or a third person) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ANTHONY J. GIAMPAPA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.